**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Yaniv Kaslasi, <br><br>      Petitioner, <br><br>vs. <br><br><br>Sheli Abergil, <br><br>      Respondent. | 2:25-cv-01227-GMN-MDC <br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

  Petitioner Yaniv Kaslasi seeks the return of his infant son U.Y. to Israel under the 1980 Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention") and the International Child Abduction Remedies Acts at 42 U.S.C. §§ 11601-11610 ("ICARA"). The Hague Convention requires the expeditious handling of proceedings for the return of minor children.

  IT IS ORDERED that the Court sets a case-management conference for **9:00 a.m. on August 26, 2025, in Courtroom 3B**. At the case-management conference, the parties should be prepared to discuss the following topics:

1. U.Y.'s current location and living situation;
2. Whether a discovery plan should be adopted;
3. The substantive issues likely to be raised at an evidentiary hearing;
4. How the parties intend to present evidence (e.g., by telephone/Zoom, declaration/affidavits, or live testimony);
5. The parties' availability for an evidentiary hearing;
6. Potential arrangements for petitioner and/or his attorney to visit U.Y. pending the court's final disposition of this case; and

7. The status of related court proceedings.

Dated: August 13, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge