FRANCES-ANN FINE, ESQ.
Nevada Bar No. 0025
Of Counsel,
Kristina Wildeveld & Associates
550 East Charleston Boulevard, Suite A
Las Vegas, Nevada 89104
Telephone: 702-222-0007
Email: fran@veldlaw.com
Attorney for the Respondent
    Sheli Abergil

SHANN D. WINESETT, ESQ.
Nevada Bar No. 5551
The Pecos Law Group
8925 South Pecos Boulevard, Suite 14A
Henderson, Nevada 89074
Telephone: (702) 388-1851
Email: Shann@PecosLawGroup.com
Attorney for Petitioner
    Yaniv Kaslasi

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

YANIV KASLASI,

           Petitioner,

    v.

SHELI ABERGIL,

           Respondent.

**CASE NO. 2:25-cv-1227-GMN-MDC**

### STIPULATION TO ENLARGE POST-TRIAL BRIEF PAGE LIMIT and EXTEND SUBMISSION DATE

COMES NOW, Petitioner, YANIV KASLASI, by and through his counsel, Shann D. Winesett, Esq., of the Pecos Law Group, and Respondent, SHELI ABERGEL, by and through her counsel, Frances-Ann Fine, Esq., Of Counsel, Kristina Wildeveld & Associates, and, subject to the approval of the Court, does hereby Stipulate as follows:

1

1. That the parties' Post-Trial Briefs be enlarged from the Court's imposed page limit of 15 pages to allow each party to increase said Closing Brief to 20 pages.

2. That the time to submit said briefs be extended from the deadline of March 5, 2026 to and including March 9, 2026 at the hour of 5:00 p.m.

**IT IS SO STIPULATED.**

DATED: February 23, 2026

/s/ *Frances-Ann Fine*
Frances-Ann Fine, Esq.
Nevada Bar No. 25
Kristina Wildeveld & Associates
550 East Charleston Boulevard,
 Suite A
Las Vegas, NV  89104
Attorney for Respondent
 Sheli Abergil

DATED: February 23, 2026

/s/ *Shann D. Winesett*
Shann D. Wineset, Esq.
Nevada Bar No. 5551
Pecos Law Group
8925 South Pecos Road,
 Suite 14A
Henderson, Nevada 89074
Attorney for Petitioner
 Yaniv Kaslasi

The above STIPULATION having been executed by counsel, and GOOD CAUSE APPEARING,

IT IS SO ORDERED this 24th day of __February__, 2026.

_____
Hon. Maximilano D. Couvillier, III
United States Magistrate Judge

2