SHANN D. WINESETT, ESQ.
Nevada Bar No. 5551
The Pecos Law Group
8925 South Pecos Boulevard, Suite 14A
Henderson, Nevada 89074
Telephone: (702) 388-1851
Email: Shann@PecosLawGroup.com
Attorney for Petitioner
  Yaniv Kaslasi

FRANCES-ANN FINE, ESQ.
Nevada Bar No. 0025
Of Counsel,
Kristina Wildeveld & Associates
550 East Charleston Boulevard, Suite A
Las Vegas, Nevada 89104
Telephone: 702-222-0007
Email: fran@veldlaw.com
Attorney for the Respondent
  Sheli Abergil

KRISTINA WILDEVELD & ASSOCIATES
550 E CHARLESTON BOULEVARD, SUITE A
LAS VEGAS, NEVADA 89104
www.VELDLAW.COM
(702) 222-0007 • FAX: (702) 222-0001

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YANIV KASLASI,

   Petitioner,

  v.

SHELI ABERGIL,

   Respondent.

**CASE NO. 2:25-cv-1227-GMN-MDC**

**Dates of Hearing:**
**01-23-2926**
**02-02-2026**
**02-17-2026**

**STIPULATION TO EXTEND SUBMISSION DATE**

COMES NOW, Petitioner, YANIV KASLASI, by and through his counsel, Shann D. Winesett, Esq., of the Pecos Law Group, and Respondent, SHELI ABERGEL, by and through her counsel, Frances-Ann Fine, Esq., Of Counsel, Kristina Wildeveld & Associates, and, subject to the approval of the Court, does hereby Stipulate as follows:

Due to the volume of exhibits admitted at trial and the substantial time required for both counsel to review the corresponding testimony and transcripts, the parties jointly request an additional 7 day extension of time to submit their Closing Arguments.

THEREFORE, IT IS HERE STIPULATED BY AND BETWEEN THE PARTIES that the current extended deadline of March 9, 2026 should be enlarged to and including March 16, 2026. Accordingly, the time for submission of the instant Closing Argument briefs shall be extended from March 9, 2026 to and including March 16, 2026. No further extensions will be requested.

**IT IS SO STIPULATED.**

The above STIPULATION having been executed by counsel, and GOOD CAUSE APPEARING,

IT IS SO ORDERED this 10th day of March, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

/s/ Shann D. Winesett
SHANN D. WINESETT, ESQ.
Nevada Bar No. 5551
The Pecos Law Group
Henderson, Nevada 89074
Telephone: (702) 388-1851
Email: Shann@PecosLawGroup.com
Attorney for Petitioner: Yaniv Kaslasi

/s/ Frances-Ann Fine
FRANCES-ANN FINE, ESQ.
Nevada Bar No. 25
Law Office of Kristina Wildeveld
Of Counsel
550 East Charleston Blvd.
Las Vegas, NV 89104
Email: Fran@veldlaw.com

2