# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Yaniv Kaslasi,

               Petitioner,

vs.

Sheli Abergil,

               Respondent.

**Case No. 2:25-cv-01227-GMN-MDC**

***SUA SPONTE* ORDER ALLOWING RESPONDENT TO FILE ELECTRONICALLY**

Respondent *pro se* informed the Court that she terminated her relationship with her counsel of record (ECF No. 61) and thereafter, the Court granted her counsel's motion to withdraw (ECF No. 63). Respondent is currently *pro se*. The Court, therefore, *sua sponte* grants Respondent permission to file electronically pursuant to LR IC 2-1(b). Accordingly, **IT IS ORDERED** that:

1. Respondent is authorized to register as a filer in this case.
2. Respondent shall familiarize himself with the Local Rules pertaining to filing electronically. See LR IC 2-1 and 2-2.
3. Respondent must submit a completed registration form available on the Court's website.
4. Respondent shall comply with the following procedures to activate a CM/ECF account:
   a. Plaintiff must become familiar with the Electronic Filing procedures and events menus, obtain a PACER account, and obtain an CM/ECF login and password from the District of Nevada by submitting a completed registration form on the Court's website.
   b. Plaintiff must read and comply with the guidelines for e-filing available both on the Court's website and here at https://perma.cc/2NCZ-T2WX.

**IT IS SO ORDERED.**

DATED: April 24, 2026.

                       _____

                       Hon. Maximiliano D. Couvillier, III
                       United States Magistrate Judge

1

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**